UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>HECTOR DURAN ALDACO,<br><br>              Defendant. | Case No. CR24-79 KKE<br><br>DETENTION ORDER |

Defendant Hector Duran Aldaco is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 18 U.S.C. § 2; using a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i); possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 18 U.S.C. § 2; and a forfeiture allegation. The Court held a detention hearing on May 21, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      The government is entitled to a detention hearing pursuant to 18 U.S.C.

DETENTION ORDER - 1

§ 3142(f)(1), as Mr. Aldaco is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Aldaco as required and the safety of the community.

4. Mr. Aldaco stipulated to detention.

5. Due to time constraints, Mr. Aldaco was not interviewed by Pretrial Services. Therefore, there is limited information available about him.

6. Mr. Aldaco poses a risk of nonappearance based on being under court jurisdiction at the time of the alleged conduct. In addition, he was not interviewed so his ties to this district are unknown. Mr. Aldaco poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Aldaco's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Aldaco shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Aldaco shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Aldaco is confined shall deliver Mr. Aldaco to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Aldaco, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>21st</u> day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3