UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-0079-KKE |
| Plaintiff(s), | ORDER SETTING DEADLINE TO JOIN THE MOTION TO CONTINUE |
| v. | |
| 1. HECTOR DURAN ALDACO 7. NELDIN LINCOLN RIVERA, | |
| Defendant(s). | |

A trial in this matter is currently set to begin on March 2, 2026, as to two remaining Defendants, Neldin Lincoln Rivera and Hector Duran Aldaco. *See* Dkt. No. 260. Rivera filed a motion to continue the trial date to July 6, 2026, and filed a speedy trial waiver consistent with that motion. Dkt. Nos. 371, 372. The Government does not oppose Rivera's motion. Dkt. No. 371.

Aldaco has not joined in or objected to the motion to continue, and the trial date is fast approaching. The Court ORDERS Aldaco to file a joinder along with a speedy trial waiver no later than February 19, 2026, if he intends to join in the motion to continue. Otherwise, the Court will set a hearing thereafter on the motion to continue to hear Aldaco's objections.

Dated this 12th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING DEADLINE TO JOIN THE MOTION TO CONTINUE - 1