UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>HECTOR DURAN ALDACO,<br>Defendant(s). | CASE NO. CR24-0079-KKE-1<br>ORDER FOR BRIEFING ON TIMELINESS |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Non-Party Claimant Teresa D. Aldaco De Duran has filed a claim to the property identified in the preliminary order of forfeiture. See Dkt. Nos. 399, 467. Such claims were due within 60 days of the first date of the publication of the forfeiture notice (March 11, 2026), or within 30 days of receipt of direct written notice, whichever is earlier. Dkt. No. 399 at 3. The Government shall file a brief advising the Court as to its position on the timeliness of Teresa D. Aldaco De Duran's claim, no later than September 25, 2026.

The clerk is directed to provide copies of this order to all counsel and Non-Party Teresa D. Aldaco De Duran.

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge