The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR DURAN ALDACO,<br>Defendant,<br>and<br>TERESA D. ALDACO DE DURAN,<br>Third-Party Petitioner. | NO. CR24-079-KKE<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR SCHEDULING ORDER TO GOVERN THIRD-PARTY PETITION** |

THIS MATTER comes before the Court on the Government's unopposed motion for a scheduling order to govern the third-party petition submitted by Teresa D. Aldaco De Duran. Dkt. No. 471.

The Court finds good cause to GRANT the Government's motion and hereby sets a discovery schedule and a motions deadline as to the $535 in U.S. currency, seized on or about March 28, 2024, from Defendant Hector Duran Aldaco's person, and the $14,034 in U.S. currency, seized on or about May 14, 2024, from Defendant's residence, located at 35607 25th Place South, Federal Way, Washington, (collectively, the "Subject Currency").

The Court permits discovery and entertains motions under Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court will conduct that hearing consistent with 21 U.S.C. § 853(n)(2), (4)–(6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Ms. Aldaco De Duran may engage in discovery related to Ms. Aldaco De Duran's asserted interest in the Subject Currency. The discovery period closes on **March 22, 2027**.

2) Thereafter, the United States and Ms. Aldaco De Duran shall file any dispositive motions no later than **May 24, 2027**.

3) If necessary, an evidentiary hearing will be held on Ms. Aldaco De Duran's claim to the Subject Currency at a date and time to be determined by the Court.

DATED this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge